FILED
CLERK, U.S. DISTRICT COURT

MAY 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

In Re DONALD MATTHEWS,    )   NO. CV 06-4102-MMM(CT)
                          )
         Petitioner,      )
                          )   JUDGMENT
                          )
                          )
                          )
                          )
_____)

   IT IS HEREBY ADJUDGED that the petition for writ of error coram nobis is dismissed with prejudice.

DATED: May 28, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE